Shakeel Ajamu ALI, Petitioner–
Appellant,

v.

Ronald J. ANGELONE, Respondent–
Appellee.

No. 01–7250.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 20, 2001.

Decided Oct. 2, 2001.

Shakeel Ajamu Ali, pro se.

Before WILKINS and WILLIAMS,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

PER CURIAM.

Shakeel Ajamu Ali seeks to appeal the
district court's order denying relief on
his petition filed under 28 U.S.C.A.
§ 2254 (West 1994 & Supp.2001). We
have reviewed the record and the district
court's opinion and find no reversible er-
ror. Accordingly, we deny a certificate
of appealability and dismiss the appeal
on the reasoning of the district court.
*Ali v. Angelone,* No. CA–01–461–8
(W.D.Va. July 9, 2001). We dispense
with oral argument because the facts and
legal contentions are adequately present-
ed in the materials before the court and
argument would not aid the decisional
process.

*DISMISSED.*